UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 25-cv-09719<br>) |
| CROSBY MARINE TRANSPORTATION, LLC, CROSBY DREDGING, LLC, CROSBY ENTERPRISES, L.L.C., CROSBY TUGS, L.L.C., and KURT CROSBY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION FOR ENTRY OF JUDGMENT**

The Plaintiff, CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A. (the "*Lender*"), by and through its attorneys, Riemer & Braunstein LLP, and the Defendants, CROSBY MARINE TRANSPORTATION, LLC, a Louisiana limited liability company (the "*Borrower*"), CROSBY DREDGING, LLC, a Louisiana limited liability company ("*Crosby Dredging*"), CROSBY ENTERPRISES, L.L.C., a Louisiana limited liability company ("*Crosby Enterprises*"), CROSBY TUGS, L.L.C., a Louisiana limited liability company ("*Crosby Tugs*" and together with Crosby Dredging and Crosby Enterprises, collectively, jointly and severally, the "*Corporate Guarantors*"), and KURT CROSBY, an individual (the "*Individual Guarantor*" and together with the Borrower and the Corporate Guarantors, collectively, jointly and severally, the "*Defendants*"), by and through their attorneys, Phelps Dunbar LLP, hereby stipulate and agree as follows:

WHEREAS, the Lender and the Borrower entered into a certain loan arrangement in the amount of $7,642,020.75, which loan arrangement is evidenced by, among other documents,

instruments and agreements, that certain Construction Loan Agreement dated as of March 4, 2022 executed by and between the Lender and the Borrower (as amended and in effect, the "***Loan Agreement***") and that certain Construction Loan Note dated as of March 4, 2022 executed and delivered from the Borrower payable to the Lender in the principal amount of up to $7,642,020.75 (as may be amended and in effect, the "***Note***");

WHEREAS, the Corporate Guarantors unconditionally guaranteed all obligations of the Borrower under the Loan Agreement and the Note pursuant to that certain Amended and Restated Commercial Guaranty dated as of May 31, 2023 executed by the Corporate Guarantors in favor of the Lender (the "***Corporate Guaranty***");

WHEREAS, the Individual Guarantor unconditionally guaranteed all obligations of the Borrower under the Loan Agreement and the Note pursuant to that certain Commercial Guaranty dated as of May 31, 2023 executed by the Individual Guarantor in favor of the Lender (the "***Individual Guaranty***");

WHEREAS, the Borrower defaulted under the Loan Agreement and the Note for failing to make the monthly payments due thereunder on April 30, 2025 and May 31, 2025 (the "***Payment Defaults***");

WHEREAS, as a result of the Payment Defaults, and in accordance with the terms of the subject loan documents, the Lender made demand upon the Defendants for amounts due under the respective loan documents;

WHEREAS, as the Defendants failed to pay amounts owing following the Lender's demand, the Lender filed the Verified Complaint (the "***Complaint***") in the above-captioned suit (the "***Action***") to enforce the defaulted loan arrangement;

4548208.2

WHEREAS, true and correct copies of the Loan Agreement, the Note, the Corporate Guaranty and the Individual Guaranty were filed with the Complaint;

WHEREAS, the Defendants acknowledge that the Payment Defaults have occurred and are continuing, and have requested that the Lender forbear from prosecuting the Action in order to afford the Defendants with time in which to consummate a refinancing and repay the amounts owed to the Lender from the proceeds thereof;

WHEREAS, in order to avoid further litigation and expense, the Lender and the Defendants have agreed to enter into this Stipulation for Judgment (the "***Stipulation***") on the terms set forth herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. **Accuracy of Recitals**. The Lender and the Defendants acknowledge and agree that all of the foregoing recitals are true, correct and complete, and are incorporated herein as material terms of this Stipulation.

2. **Stipulated Judgment**. The Defendants hereby irrevocably stipulate and agree that, upon the Lender's request, the Court may enter judgment in favor of the Lender and against the Defendants, jointly and severally, in the amount of $3,660,373.83 (together, the "***Stipulated Judgment Amount***"), which consists of:

| i. | Principal: | $2,691,001.86 |
|---|---|---|
| ii. | Interest: | $227,002.00 |
| iii. | Financed Interest: | $333,429.59 |
| iv. | Late Fees: | $365,434.38 |
| v. | Attorneys' Fees and Costs: | $43,506.00 |
| **vi.** | **Balance:** | **$3,660,373.83** |

4548208.2

3. **Payoff Opportunity Through January 16, 2026**. Notwithstanding the Defendants' agreement to the Stipulated Judgment Amount, the Lender agrees to forbear from seeking entry of a judgment in the amount of the Stipulated Judgment Amount through 4:00pm (Chicago, Illinois time) on January 16, 2026 (the "*Payoff Deadline*") to allow the Defendants time to consummate a refinancing or other payoff transaction.

4. **Failure to Pay by the Payoff Deadline**. If the Defendants fail to pay all amounts owing to the Lender on or before the Payoff Deadline, the Lender shall be entitled, without further notice, hearing, or opportunity to cure, to submit a proposed judgment to the Court on or after the Payoff Deadline, and the Defendants expressly consent to immediate entry of judgment in the Stipulated Judgment Amount.

5. **No Defenses or Counterclaims**. The Defendants acknowledge and agree that:

   a. The Loan Agreement, the Note, the Corporate Guaranty, the Individual Guaranty and the documents, instruments and agreements executed in connection wherewith are valid, binding, and enforceable;

   b. The amounts owed, including the Stipulated Judgment Amount, are fully due and payable; and

   c. The Defendants have no defenses, offsets, counterclaims, or rights of recoupment to the Lender's claims or to the entry of the proposed judgment.

4548208.2

6. **Binding Effect; No Modification**. This Stipulation is binding upon the parties and their successors and assigns, and may not be modified except in a writing signed by all parties.

December 3, 2025

| RIEMER & BRAUNSTEIN LLP | PHELPS DUNBAR LLP |
|---|---|
| /s/ Phillip J. Block | /s/ Craig L. Caesar |
| Phillip J. Block<br>71 South Wacker Dr., Ste 3515<br>Chicago, Illinois 60606<br>(312) 780-1173<br>pblock@riemerlaw.com | Craig L. Caesar<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130<br>(504) 566-1311<br>Craig.caesar@phelps.com |
| *Attorney for Plaintiff Citizens Asset Finance* | *Attorney for Defendants Crosby Marine Transportation, LLC, Crosby Dredging, LLC, Crosby Enterprises, LLC, Crosby Tugs, LLC and Kurt Crosby* |

**CERTIFICATE OF SERVICE**

    I, Phillip J. Block, hereby certify that on December 3, 2025, I electronically filed the foregoing Stipulation for Entry of Judgment with the Clerk of Court using the CM/ECF system; a copy of which will be served upon the parties entitled to receive notice via the CM/ECF notification system on December 3, 2025.

                                           /s/ Phillip J. Block
                                                Phillip J. Block

4548208.2