UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 25-cv-09719<br>) |
| CROSBY MARINE TRANSPORTATION, LLC, CROSBY DREDGING, LLC, CROSBY ENTERPRISES, L.L.C., CROSBY TUGS, L.L.C., and KURT CROSBY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION FOR ENTRY OF JUDGMENT**

Now comes the Plaintiff, CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A. (the "***Lender***"), by and through its attorneys, Riemer & Braunstein LLP, and for its Motion for Entry of Judgment (the "***Motion***"), respectfully states as follows:

**Introduction**

1. This action was resolved through a Stipulation for Entry of Judgment (Docket No. 27) (the "***Stipulation***") filed with the Court on December 3, 2025, pursuant to which the Defendants (as defined below) expressly consented to the entry of judgment in favor of the Lender for a fixed, agreed-upon amount if the Defendants failed to satisfy their payoff obligations by January 16, 2026. The Defendants failed to do so. Under the plain terms of the Stipulation, the Lender is entitled to immediate entry of judgment "without further notice, hearing, or opportunity to cure," precisely as agreed to by the Defendants.

**Background**

2. The Lender and CROSBY MARINE TRANSPORTATION, LLC, a Louisiana limited liability company (the "*Borrower*"), entered into a certain loan arrangement in the amount of $7,642,020.75, which loan arrangement is evidenced by, among other documents, instruments and agreements, that certain Construction Loan Agreement dated as of March 4, 2022 executed by and between the Lender and the Borrower (as amended and in effect, the "*Loan Agreement*") and that certain Construction Loan Note dated as of March 4, 2022 executed and delivered from the Borrower payable to the Lender in the principal amount of up to $7,642,020.75 (as may be amended and in effect, the "*Note*").

3. CROSBY DREDGING, LLC, a Louisiana limited liability company ("*Crosby Dredging*"), CROSBY ENTERPRISES, L.L.C., a Louisiana limited liability company ("*Crosby Enterprises*"), CROSBY TUGS, L.L.C., a Louisiana limited liability company ("*Crosby Tugs*" and together with Crosby Dredging and Crosby Enterprises, collectively, jointly and severally, the "*Corporate Guarantors*"), and KURT CROSBY, an individual (the "*Individual Guarantor*" and together with the Borrower and the Corporate Guarantors, collectively, jointly and severally, the "*Defendants*"), unconditionally guaranteed all obligations of the Borrower.

4. Follow defaults under the subject loan arrangement, the Lender commenced this action against the Defendants on August 14, 2025 by filing its Verified Complaint (Docket No. 1) (the "*Complaint*").

5. Rather than waste resources litigating, the Lender and the Defendants entered into the Stipulation.

6. Under the Stipulation, the Defendants irrevocably agreed that, upon the Lender's request, the Court could enter judgment against the Defendants, jointly and severally, in the amount of $3,660,373.83 (the "*Stipulated Judgment Amount*") if the Defendants failed to pay

4609391.1

all amounts owing by 4:00pm (Chicago, Illinois time) on January 16, 2026 (the "**Payoff Deadline**").

7. The Stipulation expressly provides that:

"If the Defendants fail to pay all amounts owing to the Lender on or before the Payoff Deadline, the Lender shall be entitled, without further notice, hearing, or opportunity to cure, to submit a proposed judgment to the Court on or after the Payoff Deadline, and the Defendants expressly consent to immediate entry of judgment in the Stipulated Judgment Amount."

See Stipulation, ¶ 4.

8. Following the filing of the Stipulation, on December 4, 2025, this Court entered a Minute Entry providing, among other things, that should the Defendants fail to comply with their payment obligations by January 16, 2026, "..Plaintiff may file the appropriate motion for the court to enter judgment in the case for the stipulated amount…" (Docket No. 29).

9. The Defendants have failed to pay amounts owing to the Lender on or before the Payoff Deadline.

## Request for Judgment

10. This Court expressly retained jurisdiction to consider all matters arising from the Stipulation, including entry of judgment upon the Defendants' non-compliance.

11. The Stipulation is a binding, enforceable agreement in which the Defendants: admitted the underlying defaults; waived all defenses, counterclaims, and offsets; agreed to the exact judgment amount; and consented to immediate entry of judgment upon non-payment by the Payoff Defendant.

4609391.1

12. The Defendants' failure to satisfy their obligations by the Payoff Deadline triggers the Lender's unqualified right to judgment.

13. A proposed judgment order in the amount of the Stipulated Judgment Amount is filed herewith as **Exhibit 1**.

### Relief Requested

WHEREFORE, for the foregoing reasons, the Lender respectfully requests that this Court:

(1) Enter judgment in favor of the Lender and against the Defendants, jointly and severally, in the amount of $3,660,373.83; and

(2) Grant such other and further relief as the Court deems just and proper.

> RESPECTFULLY SUBMITTED
>
> CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A.,
>
> By its Attorneys,
> RIEMER & BRAUNSTEIN LLP

Dated: January 20, 2026

> /s/ Phillip J. Block
> Phillip J. Block
> pblock@riemerlaw.com
> Riemer & Braunstein LLP
> 71 South Wacker Drive, Suite 3515
> Chicago, Illinois 60606
> (312) 780-1173
> Firm No. 44250

4609391.1

# EXHIBIT 1

**(See Attached)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 25-cv-09719 |
| CROSBY MARINE TRANSPORTATION, LLC, CROSBY DREDGING, LLC, CROSBY ENTERPRISES, L.L.C., CROSBY TUGS, L.L.C., and KURT CROSBY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

This matter comes before the Court on the Plaintiff, CITIZENS ASSET FINANCE'S, a division of Citizens Bank, N.A. (the "***Lender***"), Motion for Entry of Judgment, the Court being fully advised in the premises,

THIS COURT FINDS THAT:

(1)    The parties entered into a valid and binding Stipulation for Entry of Judgment [Dkt 27] (the "***Stipulation***");

(2)    The defendants, CROSBY MARINE TRANSPORTATION, LLC, a Louisiana limited liability company, CROSBY DREDGING, LLC, a Louisiana limited liability company, CROSBY ENTERPRISES, L.L.C., a Louisiana limited liability company, CROSBY TUGS, L.L.C., a Louisiana limited liability company, and KURT CROSBY, an individual, failed to pay all amounts owing to the Lender on or before January 16, 2026, as required by the Stipulation; and

(3) The Lender is entitled to entry of judgment in accordance with the Stipulation.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

(1)    Judgment is entered in favor of the Plaintiff, CITIZENS ASSET FINANCE, a division of Citizens Bank, N.A., and against the defendants, CROSBY MARINE TRANSPORTATION, LLC, a Louisiana limited liability company, CROSBY DREDGING, LLC, a Louisiana limited liability company, CROSBY ENTERPRISES, L.L.C., a Louisiana limited liability company, CROSBY TUGS, L.L.C., a Louisiana limited liability company, and KURT CROSBY, an individual, jointly and severally, in the amount of $3,660,373.83.

   (2) Post-judgment interest shall accrue on the judgment amount at the rate provided by 28 U.S.C. § 1961, from the date of entry of this Judgment until paid in full.

              ENTERED:

              _____
              Judge

              Dated: _____, 2026

<u>Order prepared by</u>:
Phillip J. Block
pblock@riemerlaw.com
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, Illinois 60606
(312) 780-1173
Firm No. 44250

4609564.1